KAKAVAS et al. v. MANIOTAS.

(Supreme Court, Appellate Term, First Department.  November 3, 1915.)

EXECUTION ⬤⟿423—BODY EXECUTION—RIGHT TO.
    In an action sounding in fraud, plaintiffs are entitled as a matter of right to a body execution.
    [Ed. Note.—For other cases, see Execution, Cent. Dig. §§ 1214–1221, 1223; Dec. Dig. ⬤⟿423.]

Appeal. from Municipal Court, Borough of Manhattan, Fifth District.

Action by James Kakavas and another against Athanasios Maniotas. From an order of the Municipal Court, refusing to amend a judgment of that court by adding the words, "Defendant subject to arrest and imprisonment upon this judgment;" plaintiffs appeal.  Order reversed, and motion granted.

Argued October term, 1915, before BIJUR, PAGE, and SHEARN, JJ.

Samuel F. Frank, of New York City, for appellants.
John D. Stephanidis, of New York City (Francis M. Applegate, of New York City, of counsel), for respondent.

SHEARN, J.   An examination of the complaint shows, in spite of its faulty form, that the cause of action sounds in fraud.  Under these circumstances, plaintiffs were entitled as a matter of right to a body execution.

Order reversed, with $10 costs, and motion granted.  All concur.